Bernard **SILVERMAN**, Appellant, v. **Tighe E. WOODS**, Housing Expediter, Office of the Housing Expediter.

No. 12467.

United States Court of Appeals
Fifth Circuit.

April 25, 1949.

Alan King, of Miami Beach, Fla., for appellant.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and Francis X. Riley and Isadore A. Honig, Sp. Litigation Attys., all of Washington, D. C., for appellee.

Before SIBLEY, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The witnesses save one testified orally, but in square and positive conflict, before the District Judge who tried the case without a jury. Their credibility was for the trial Judge. His conclusion is not clearly erroneous and must be affirmed.

---

Helen S. **BROOME**, as Executrix of Last Will and Testament of Charles F. Loudon, Deceased, v. **COMMISSIONER OF INTERNAL REVENUE**.

No. 3554.

United States Court of Appeals.
Tenth Circuit.

Feb. 19, 1949.

A. K. Montgomery, of Santa Fe, N. M., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Charles Oliphant, Chief Counsel, and John T. Rogers, Sp. Atty., Bureau of Internal

Revenue, both of Washington, D. C., for respondent.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.
Petition to review dismissed, pursuant to stipulation.

---

Albert A. **ADAMS**, Petitioner, v. **W. H. HIATT**, Warden, United States Penitentiary, Lewisburg, Pa.

No. 9838.

United States Court of Appeals
Third Circuit.

Argued Feb. 7, 1949.

Decided March 9, 1949.

See, also, 79 F.Supp. 433.

Oscar W. B. Reed, of Washington, D. C., for appellant.

Lt. Col. Nicholas R. Voorhis, of Washington, D. C., for appellee.

On Petition for Rehearing.

Before BIGGS, Chief Judge, and O'CONNELL and KALODNER, Circuit Judges.

PER CURIAM.

The petitioner has filed a petition for rehearing renewing his motion for substitution of Humphrey for Hiatt, Warden. It is unnecessary to pass on the question as to whether Humphrey may be substituted for Hiatt as succeeding warden of the United States Penitentiary at Lewisburg since the petitioner has been released by order of the United States Board of Parole and is no longer in custody. Weber v. Squier, Warden, 315 U.S. 810, 62 S.Ct. 800, 86 L.Ed. 1209. Cf. Anderson v. Corall, 263 U.S. 193, 44 S.Ct. 43, 68 L.Ed. 247. The cause being moot we dismissed the appeal. No cogent reason appearing for rehearing we will deny the petition.